I/S 21 Days

Case 2:22-cv-00997-FLA-PLA   Document 1   Filed 02/12/22   Page 1 of 6   Page ID #:1

Fee Paid

FILED
CLERK, U.S. DISTRICT COURT

2/12/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Central District of California

Western Division

| | |
|---|---|
| Vanquisha Jackson <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Korman Redd (dba Krash Collision) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **CV22-997-FLA(PLAx)** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vanquisha Jackson |
   | Street Address | 211 S. Sherer Place |
   | City and County | Compton, Los Angeles County |
   | State and Zip Code | California 90220 |
   | Telephone Number | (310)302-7626 |
   | E-mail Address | vanquisha@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Korman Redd |
| Job or Title *(if known)* | |
| Street Address | 3434 W. 67th Street |
| City and County | Los Angeles   Los Angeles County |
| State and Zip Code | California  90220 |
| Telephone Number | (323) 452-9700 |
| E-mail Address *(if known)* | krashco/info@krashcollision.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

41 U.S. Code § 6503 - Breach or violation of required contract terms

18 U.S. Code § 1341 - Frauds and swindles

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Vanquisha Jackson , is a citizen of the State of *(name)* California .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

 *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

  a.  If the defendant is an individual

    The defendant, *(name)* Korman Redd , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* _____ .

  b.  If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

 *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> Defendant, unlicensed mechanic, was paid $21,735.00. Plaintiff incurred rental car fees totaling over $4,000.00, mechanic fees of $83.00, car notes and insurance payments totaling $5,000.00. Plaintiff will likely have to pay $15,000.00 to a licensed mechanic to repair the vehicle (adjuster took photos and provide an updated estimate next week) Plaintiff incurred lost wages of $5,000.00, Plaintiff emotional distress and pain and suffering $8,000.00, $1000 deductible. Punitive damages $8,000.00. Diminishing the value of the vehicle $30,000. - Total $97,818.00

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On November 19, 2021, Korman Redd, owner of 'KRASH Collision', an auto body repair shop in Los Angeles, guaranteed to complete the repairs to my 2021 Tesla within 30 days. It has been 90 days and Mr. Redd has not completed the repairs. In addition, he blocked my number and failed to let me inspect my car. I had been contacting Mr. Reed via telephone and text message since January 13, 2022 to no avail. My husband contacted Mr. Redd on February 3, 2022 and asked for an update on the car. Mr. Redd proceeded to shout at my husband and challenged him to a fight. Mr. Redd called me at or around 2:00am to inform me that he had just gotten out of jail for being caught with a gun in the car when he was headed to find my husband.

On February 8, 2022, I tracked my car using the GPS and saw that it was no longer parked at Mr. Redd shop. I contacted Mr. Redd and his daughter answered and when I asked her where my car was she said "Right here, I am looking at it". I advised her that I have gps and know the car isn't there, so she proceeded to disconnect the call. I called back and Mr. Redd answered, and was immediately irate. Mr. Redd told me that I would get my car back when he wants me to have it and further explained that he doesn't have to tell me anything because he isn't my husband. I informed him that I was heading to the shop to inspect my car. He proceeded to threaten me by saying "Don't come to my shop if you come to this shop you won't be leaving"

On multiple occasions Mr. Redd threatened harm to me and my family discussed his "pistol". I called LAPD to meet me at Mr. Redd shop. I waited for approximately an hour and noticed my car being placed on a tow truck. It was taken to a tire shop in Inglewood. I called the Inglewood Police Department and Office A Ortiz (1035) arrived and explained the situation to the tire shop owner. The tire shop owner released my car to Office Ortiz who then released it to me.

Mr. Redd called and demanded that the tire shop not release the car to me. He then spoke to Office Ortiz. When Officer Ortiz got off the call he explained that Mr. Redd was "very belligerent, for a lack of better words" and headed to our location and we agreed that I should leave before he arrived. (Report # 22-6750   Ortiz 1035)

I then went home and contacted Compton Sheriff Department to report the threat Mr. Redd made on my life (File Number CPT 22039-0177   - Deputy Huezo 602445 and Mercado 659092)

Bureau of Automotive Repair Special Investigator Richard Jacoby is and will act as a witness to the above facts.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I am requesting that Mr. Redd reimburse all monies paid towards the repair of my vehicle in addition to future repairs, insurance payments, time and aggravation, stress, mechanic fees, rental fees and punitive damages. I am also requesting to be reimbursed my monthly car note payments in the amount of $599.00 from November until the date of resolve.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/12/2022

Signature of Plaintiff

Printed Name of Plaintiff   Vanquisha Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

ad